ABBAS KAZEROUNIAN (SBN 249203)
GIL MELILI (SBN 337116)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave., Ste. D1
Costa Mesa, CA 92626
Telephone: 800.400.6808
Facsimile: 800.520.5523
Email: ak@kazlg.com; gil@kazlg.com

Attorneys for Plaintiffs, JASON BELL and DEVIN COOK, on behalf of themselves and on behalf of a Class of all other persons similarly situated
[Additional Counsel on Following Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BELL, and DEVIN COOK Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-02264-AJB-BGS<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**Assigned to:**<br>**Hon Anthony J. Battaglia**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE: June 15, 2023**<br>**TIME: 2:00 p.m.**<br>**COURT: 4A** |

TODD M. FRIEDMAN (SBN 216752)
ADRIAN R. BACON (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, PC**
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
Email: tfriedman@toddflaw.com;
abacon@toddflaw.com

RICHARD E. QUINTILONE, II (SBN 200995)
JEFFREY T. GREEN (SBN 330065)
**QUINTILONE & ASSOCIATES**
22974 E<small>L</small> T<small>ORO</small> R<small>OAD</small>, S<small>UITE</small> 100
L<small>AKE</small> F<small>OREST</small>, CA 92630
T<small>ELEPHONE</small>: (949) 458-9675
F<small>ACSIMILE</small>: (949) 458-9679
E<small>MAIL</small>: REQ@QUINTLAW.COM,
JTGQUINTLAW.COM;

Additional Counsel for Plaintiffs JASON BELL and DEVIN COOK on behalf of themselves and on behalf of a Class of all other persons similarly situated

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 15, 2023 at 2:00 p.m., before the United States District Court, Southern District of California, 221 West Broadway, San Diego, CA 92101, courtroom 4A Plaintiffs Devin Cook ("Plaintiff Cook") and Plaintiff Jason Bell ("Plaintiff Bell") (together, the "Plaintiffs") will and hereby do move this Court for Preliminary Approval of Class Action Settlement and Certification of Settlement Class as detailed in Plaintiffs' Memorandum of Points and Authorities.

This Motion is based on this Notice, the accompanying memorandum of Points and Authorities, the declarations and exhibits attached hereto, and all other pleadings and papers on file with the Court in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Dated: April 7, 2023          Respectfully submitted,

By: /s/ Gil Melili
Gil Melili, Esq.
Attorneys for Plaintiffs JASON BELL and DEVIN COOK, individually and on behalf of all other employees similarly situated