| | |
|---|---|
| 1 | RONALD D. ARENA, Bar No. 218421 |
| 2 | CONOR D. MACK, Bar No. 253878<br>ARENA HOFFMAN LLP |
| 3 | 220 Montgomery Street, Suite 905<br>San Francisco, CA 94104 |
| 4 | Telephone: 415.433.1414<br>Facsimile: 415.520.0446 |
| 5 | Email: rarena@arenahoffman.com<br>cmack@arenahoffman.com |
| 6 | Attorneys for Defendant |
| 7 | REDFIN CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BELL and DEVIN COOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-02264-AJB-BGS<br><br>**Assigned to:**<br>**Hon Anthony J. Battaglia**<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:   June 15, 2023<br>Time:  2:00 PM<br>Dept.: 4A |

TO THE COURT CLERK, ALL PARTIES AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant REDFIN CORPORATION does not oppose the motion of Plaintiffs JASON BELL and DEVIN COOK for Preliminary Approval of a proposed class action settlement.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

NOTICE OF NON-OPPOSITION TO MOT. FOR PRELIM. APPROVAL

Case No. 3:20-cv-02264-AJB- BGS

Dated: April 26, 2023___

/S/ Conor D. Mack
RONALD D. ARENA
CONOR D. MACK
ARENA HOFFMAN LLP
Attorneys for Defendant
REDFIN CORPORATION

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

NOTICE OF NON-OPPOSITION TO MOT. FOR PRELIM. APPROVAL    2.    Case No. 3:20-cv-02264-AJB- BGS